THE HONORABLE BRIAN D. LYNCH

Sterbick and Associates
1010 S "I" Street
Tacoma WA 98405
(253)-383-0140
(253)-383-8374 fax

Hearing Date: August 23, 2023
Hearing Time: 9:00 AM
Location: Tacoma WA
Response Date: August 16, 2023

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

Justin Russell Griffith and
Miranda Rose Griffith

Debtors

Case No.: 23-40433

DEBTORS MOTION TO CONVERT A CASE UNDER CHAPTER 7 TO A CASE UNDER CHAPTER 13, WITH NOTICE OF HEARING, AND PROOF OF SERVICE

Come now Debtors Justin and Miranda Griffith by and through their attorney, John A. Sterbick, and respectfully request the court enter an Order Converting this Chapter 13 case to a case under Chapter 13 Pursuant to 11 U.S.C. § 1307(a) on the grounds set forth below.

1. On March 22, 2023, the above-referenced Debtors filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. This case has not been previously converted under 11 U.S.C. § 112, § 1208, or § 1307.

WHEREFORE, Debtors prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

DATED: July 5, 2023, at Tacoma, Washington.

/s/ John A. Sterbick
John A. Sterbick, WSBA #17805
Attorney for Debtor

CONVERT CASE

Page 1 of 3

STERBICK AND ASSOCIATES
1010 S. "I" STREET
Tacoma WA 98405
(253) 383-0140
(253) 387-6352 Fax:

# NOTICE OF MOTION AND HEARING THEREON

YOU ARE FURTHER NOTIFIED that the hearing on this motion will be before the Honorable Brian D. Lynch, United States Bankruptcy Judge, on, August 23, 2023, at 9:00AM. Courtroom I. Any objections must be served upon John Sterbick at the address set forth above no later than August 16, 2023. Objections to the motion must also be filed with the Clerk of the Court, United States Bankruptcy Court, 1717 Pacific Ave Tacoma WA 98402.

YOU ARE FURTHER NOTIFIED that if no objection is received on or before said date, an Order granting debtor's motion may be entered by the Court in its discretion prior to the hearing without further notice.

DATED: July 5, 2023, at Tacoma Washington

*/s/John A. Sterbick*
John A. Sterbick, WSBA #17805

CONVERT CASE

Page 2 of 3

STERBICK AND ASSOCIATES
1010 S. "I" STREET
Tacoma WA 98405
(253) 383-0140
(253) 387-6352 Fax:

# PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that I electronically filed the foregoing with the United States Bankruptcy Court at Tacoma, and sent notice via ECF to:

Chapter 7 Trustee Mark Waldron    Honorable Brian D. Lynch

US Trustee

And to: Debtors and creditors on the attached mailing matrix


Dated: July 10, 2023

                                                                                 */s/Ray Ostrander*
                                                                                 Paralegal

STERBICK AND ASSOCIATES
1010 S. "I" STREET
Tacoma WA 98405
(253) 383-0140
(253) 387-6352 Fax: